IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LISA COOLEY,                          §
                                      §
        Plaintiff,                    §
                                      §
        v.                            §          CIVIL ACTION NO.
                                      §          4:09-CV-00050-TSL-LRA
DOLLAR GENERAL CORPORATION            §
                                      §
        Defendant.                    §

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion for Dismissal with Prejudice of Plaintiff, Lisa Cooley,

and Defendant, Dollar General Corporation. After reviewing the Joint Motion, the Court finds that

the Motion should be, in all things, GRANTED.

IT IS THEREFORE ORDERED that this action is DISMISSED WITH PREJUDICE. All

costs and fees are to be borne by the party incurring same.

IT IS SO ORDERED.

SIGNED this 23rd day of October, 2009.


                              /s/Tom S. Lee
                              UNITED STATES DISTRICT JUDGE